■ TAMAS PREMECZ, Respondent, v RJHWONG, LLC, Appellant. [986 NYS2d 354]—In an action to recover damages for personal injuries, the defendant appeals from an order of the Supreme Court, Queens County (Pineda-Kirwan, J.), entered January 31, 2013, which denied its motion for summary judgment dismissing the complaint.

Ordered that the order is affirmed, with costs.

In support of its motion for summary judgment, the defendant failed to make a prima facie showing of entitlement to judgment as a mater of law (*see Alvarez v Prospect Hosp.*, 68 NY2d 320 [1986]). Since the defendant failed to establish its entitlement to judgment as a matter of law, it is not necessary to review the sufficiency of the plaintiff's opposition papers (*see Winegrad v New York Univ. Med. Ctr.*, 64 NY2d 851 [1985]).

Accordingly, the Supreme Court properly denied the defendant's motion for summary judgment dismissing the complaint. Mastro, J.P., Skelos, Cohen and LaSalle, JJ., concur.